FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10166 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00052-LDG-PAL |
| v. | |
| JOSE MANUEL HUERTA-CABRERA, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Lloyd D. George, District Judge, Presiding

Submitted November 17, 2009 [**]

Before: ALARCÓN, TROTT and TASHIMA, Circuit Judges.

Jose Huerta-Cabrera appeals the sentence imposed following his guilty plea

to being a deported alien found unlawfully in the United States in violation of 8

U.S.C. § 1326.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

HL/Inventory

Huerta-Cabrera contends that his sentence violated *Apprendi v. New Jersey*, 530 U.S. 466 (2000), because it was based on a prior aggravated felony conviction not charged or admitted. Huerta-Cabrera concedes that his argument is foreclosed, *see e.g., United States v. Salazar-Lopez*, 506 F.3d 748, 751 n. 3 (9th Cir.2007); *United States v. Pacheco-Zepeda*, 234 F.3d 411 (9th Cir. 2000); and that he raises it to preserve it for potential future review.

**AFFIRMED.**

HL/Inventory